### NATHAN YOUNG VS. JACOB CARPENTER.                    [53

Terms imposed on defendant in setting aside plaintiff's judgment nisi, etc., on filing report of referees, and allowing defendant to make a case.

*Motion by defendant for leave to make a case in this cause, to set aside the report of the referee therein, on the ground of surprise in filing report, &c.*—The referee made and delivered his report to plaintiff's attorney on the 11th November, 1844, and informed one of defendant's attorneys of it same day. Plaintiff's attorney on the same day, filed the report and entered rule for judgment, final nisi, &c., no notice of filing said report was given to defendant's attorney. On the 16th November, plaintiff's attorney served bill of costs and notice of retaxation on defendant's attorney.

R. J. DILLON, *Defts Counsel.*          WARING & RALPH, *Defts Attys.*
CHARLES TAYLOR, *Plffs Counsel.*        J. DIKEMAN, JR., *Plffs Atty.*

*Decision.*—Ordered that the judgment be set aside on payment of $10 costs of opposing motion and the costs of proceedings subsequent to filing the report of referee, with leave to plaintiff to serve opposing affidavits, within ten days.